DREIBELBIS, APPELLEE, *v.* KEMPER INSURANCE COMPANY, APPELLEE.

[Cite as *Dreibelbis v. Kemper Ins. Co.,*
101 Ohio St.3d 326, 2004-Ohio-1446.]

(No. 2003–1998—Submitted February 3, 2004—Decided April 7, 2004.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.
RESNICK and F.E. SWEENEY, JJ., dissent and would affirm.

PFEIFER, J., dissents.

John K. Rinehardt, for appellee.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., and Shawn W. Maestle, for appellant.